Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Criminal Case No.: 18-367 |
| EUGENE McMANUS | ) | |

## WAIVER OF INDICTMENT

I, __EUGENE McMANUS__, the above-named defendant, who is accused of

Making a False Statement, in violation of 18 U.S.C. §. 1001.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/29/2019__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____    Date: __4/29/2019__
REGGIE B. WALTON
United States District Judge