UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-367 |
| | : | |
| v. | : | |
| | : | |
| EUGENE McMANUS, | : | VIOLATION: |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (Making a False Statement) |

STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant EUGENE McMANUS ("McMANUS") and the United States agree and stipulate as follows:

1. At all times relevant to this case, defendant McMANUS was employed as a Special Agent of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government and headquartered in Washington, D.C. He was assigned to the National Background Investigations Bureau ("NBIB"), formerly known as Federal Investigative Services ("FIS"), where his job was to conduct background investigations.

2. OPM's NBIB was responsible for conducting background investigations for numerous federal agencies and their contractors. OPM-NBIB had an investigator workforce comprised of federal agents employed by OPM-NBIB and investigators employed by various companies under contract with OPM-NBIB to conduct background investigations. OPM-NBIB conducted background investigations of individuals who were either employed by or seeking employment with federal agencies or government contractors. The purpose of the background investigations was to determine individuals' suitability for positions having access to classified information, for positions impacting national security, for positions of public trust, and for receiving or retaining security clearances.

1

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 11-12-18

EUGENE McMANUS
Defendant

I have discussed this Statement of Offense with my client, Mr. McManus. I concur with his decision to stipulate to this Statement of Offense.

Date: 11/12/18

VICKI PODBERESKY, ESQ.
Attorney for the Defendant

4