**U.S. Department of Justice**
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA       :

V.       :       Case No. 18-cr-367

Eugene McManus       :
DEFENDANT

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __29th__ day of __April 2019__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on *a date and time convenient to both parties* by __OPM OIG Agent Chris Sulhoff__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __OPM OIG Agent Chris Sulhoff__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

COURT